IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUN 27 2022**

JEFFREY P. COLWELL
CLERK

Richard Romero _____, Plaintiff

v.

Jefferson County Jail _____,

Officer F. Cervantes-gallegos # _____,

2c44 and LT-Allen _____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

4.      If you are proceeding pursuant to 28 U.S.C. § 1915 and the motion, affidavit, and certified copy of your trust fund account statement (or institutional equivalent) are in proper form, you must pay the full $350.00 filing fee in monthly installments. *See* 28 U.S.C. § 1915(b)(1). The Court will enter an order directing your custodian to calculate and disburse funds from you inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b) until the full $350.00 filing fee is paid.

**The Complaint**

1.      Each named defendant must be listed in the caption of the complaint, one defendant per line. If there is more than one defendant, you should indicate clearly in the body of the complaint which actions are attributable to each defendant.

2.      You must provide the Court with an original complaint. You should keep a copy of the complaint for your own records. The Court will not provide a copy for you.

3.      When your complaint is completed, it should be mailed with the filing fee or motion for leave to proceed pursuant to 28 U.S.C. § 1915 to the Clerk of the United States District Court at the following address:

>       Clerk of the Court
>       Alfred A. Arraj United States Courthouse
>       901 19th Street, Room A105
>       Denver, CO 80294-3589

4.      Each original document (except the original complaint) must include a certificate stating the date a copy of the document was mailed to the opposing party or his, her, or its attorney and the address to which it was mailed. Any document that fails to include a certificate of service may be disregarded by the Court or returned. An example of a certificate of service is:

>       I hereby certify that a copy of the foregoing pleading/document was mailed to _LT-Allen, DEP Cervantes-gallegos_ (defendant(s) or counsel for defendant(s)) at _Acc Jefferson County Pkway, Golden, CO 80401_ (address) on _5-17-_, 20_22_.
>
>       _[signature]_
>       Plaintiff's Original Signature

5.      The United States district judges, the United States magistrate judges, the Clerk of the Court, and deputy clerks are officers of the Court and are prohibited from giving legal advice. Legal questions should be directed to an attorney.

(Rev. 8/24/15)                                          2

A.  **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Richard Romero P#C1114117 PO Box 16700 CC-33 golden, CC 80402
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other: (*Please explain*) _____

B.  **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Officer F gAllegos-cervantes #2c44 200 Jefferson County
(Name, job title, and complete mailing address)

pkwAy golden, cc 80401

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes  X  No (*check one*). Briefly explain:

These Are county's Deputy's And -LT- And -Sgts- here at Jefferson county Jail

Defendant 1 is being sued in his/her ___ individual and/or  X  official capacity.

Defendant 2: <u>-LT- Allen 200 Jefferson County Pkwy</u>
             (Name, job title, and complete mailing address)

<u>golden, co 80401</u>

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes _X_ No (*check one*). Briefly explain:

<u>They are county officers and -LT- and -SGT- here at Jefferson county Jail</u>

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: _____
             (Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_✓_ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) _____

3

| ITEM A | SUMMARY (ALSO ATTACHED IS 6 PG DETAILED TIMELINE) PG 1 of 1 |
|---|---|
| TO | JUDGE KRISTAN WHEELER                DIVISION C |
| FROM | RICHARD ROMERO |
| SUBJECT | POLICE BRUTALITY AT JEFFERSON COUNTY JAIL ON 10·28·21 |
| ADDRESS | 200 JEFFERSON COUNTY PARKWAY, GOLDEN, Co 80401 |
| VICTIM | RICHARD ROMERO |
| WITNESS | BOBBY HERNARD |
| DEFENDANTS | DEPUTY CERVANTES #2044 AND LT. ALLEN |

Your Honor, I know your time is valuable and truly appreciate taking the time to review my civil case.

Below is a brief summary and attached is the detailed timeline.

## Deputy Cervantes #2044

1. • Attacked me viciously while fully aware of my medical conditions.
2. • Prior to 10·28·21, Bobby Hernard, handicapped, was ripped from his wheelchair, helplessly attacked
3. • Continued to bring me in and out of consciousness with Lt. Allen for their enjoyment.
4. • Called for more deputies, some still training, watched while he viciously demonstrated different attack holds. He made sound effects obviously enjoying torchering people for his pleasure.
5. • Cervantes and Allen had full intent of their actions knowing what the consequences of this act were. This includes gross negligence, recklessness and life endangerment.
6. • Cervantes put all my paperwork from my legal team, legal notes, and many other full manila envelopes pertaining to other legal matters in the trash. Other deputies explained what he did and returned legal documents...
7. • Deputy Cervantes no longer works at the Jefferson County Jail.

| ITEM B | DETAILED TIMELINE | PAGE 1 of 6 |

TO: JUDGE KRISTAN WHEELER          DIVISION C
FROM: RICHARD ROMERO
SUBJECT: POLICE BRUTALITY AT JEFFERSON COUNTY JAIL ON 10-28-21
ADDRESS: 200 JEFFERSON COUNTY PARKWAY, GOLDEN, CO 80401
VICTIM: RICHARD ROMERO
WITNESS: BOBBY HERNARD
DEFENDANTS: DEPUTY CERVANTES #2044 AND LT. ALLEN

YOUR HONOR, THE FOLLOWING PAGES HAVE A TIMELINE WITH DETAILS ABOUT THE POLICE BRUTALITY ON 10-28-21 AT 08:35.

THANK YOU FOR TAKING THE TIME REVIEWING MY CIVIL CASE.

I'M CURRENTLY PRO SE SINCE I CANNOT AFFORD AN ATTORNEY.

TIME 08:35  ON THE MORNING OF 10-28-21, I RICHARD ROMERO WAS IN THE MEDICATION PRESCRIPTIONS LINE AWAITING MY TURN. DURING THIS TIME DEPUTY CERVANTES APPROACHED ME. IN A VERY AGGRESSIVE PHYSICAL STANCE AND EXTREMELY SARCASTIC VERBAL TONE HE STATED, "WE ARE MOVING YOU TO GD UNIT 2 #21."

I WAS CONFUSED AT THIS TIME SINCE 3 WEEKS PRIOR I SPOKE WITH DEPUTY AGULAIR AND SGT CLIFFTON ABOUT STAYING AT MY CURRENT LOCATION GD UNIT 3 #37. WE ALL AGREED AND THEY TOLD ME MY FILE IN THE SYSTEM WILL GET UPDATED.

WHEN I EXPLAINED TO CERVANTES WHAT AGULAIR AND CLIFFTON ALREADY UPDATED MY FILE IN THE SYSTEM TO STAY IN GD UNIT 3 #37 HE BECAME UNGLUED. CERVANTES YELLED, "YOU DON'T HAVE A FUCKING CHOICE." AS HE WALKED AWAY I WAS FINISHED IN THE MEDICAL LINE SO HEADED BACK TO #37. I WAS ON THE TOILET WHEN CERVANTES RETURNED WITH LT ALLEN. THEY WERE BOTH AGGRESSIVE. CERVANTES SAID, "ARE YOU GOING TO GRAB YOUR SHIT." I RUSHED TO FINISH ON THE TOILET. ONCE I STOOD AFTER USING THE BATHROOM I ASKED CERVANTES TO PLEASE CHECK WITH CLIFFTON SINCE HE WOULD BE

PAGE 2 of 6

at the facility and could validate the information I provided.

By this time I was scared and started to get overwhelmed as a panic attack consumed me. Crying, begging to please not hurt me, holding myself rocking plus my mind racing unable to focus to name a few. Cervantes did not acknowledge my physical or mental state. He yelled aggressively, "You can pack up your shit up now or I will pack it for you."

All of a sudden, Cervantes seemed to hear what I had been trying to explain previously and said, "You can speak with Cliffton after I relocate you in GD Unit 2." Cervantes and Allen didn't take the time to check the system that I was approved to stay at local housing I currently stay.

Since the toilet to my side had not been flushed and beginning to smell I casually reached over but immediately Cervantes yelled in my cell, "Don't come any closer." I began to panic even more so since I reached for toilet handle away from Cervantes. In no way did I do anything to threaten anyone. I told him I don't want to offend anyone by the smell and slowly reached over and flushed the toilet showing respect to Cervantes and Allen. It also showed my true intent and not ever trying to upset anyone.

To my surprise, about 10 seconds after I flushed the toilet both Cervantes and Allen attacked me viciously. They forcefully knocked me to the ground hitting my head so hard against the concrete I was seeing stars. Before I could refocus Lt Allen jammed his knee into my abdomen and suplex I couldn't breath. The pain was so great I cried out "Please stop." After a few attempts I regained some oxygen I successfully said, "Please stop."

During Allens attack Cervantes had my arm twisted so far back it made a very loud pop at the shoulder. I begged again to please stop

As I did not do anything offensively or defensively and provoke this attack. They both ignored my cries for mercy.

The extreme pain extruding throughout my body I began to black out. In my last desperate attempt I said, "Why did you attack for with no probable cause?" During this time they allowed me to somewhat regain some of my breath. I quickly said, "I do not process information as most people do because of my known medical mental condition... I'm slow."

Cervantes then said, "Why did you throw a punch at me?" More intense pressure was put back onto my abdomen and surplex. In a shaky voice told Cervantes "I cannot breath, please stop." Taking small gasping breaths I did my best to say, "I only reached to flush toilet away from you" but began to fade in and out of consciousness. I do remember being so scared for my life and panic not being able to breath again. I was paralyzed and there was never any resistance to their cruel and unusual punishment.

Allen released some of his pressure to my abdomen and remembered gasping for air completely out of touch with reality. Not sure how much time had passed but heard what sounded like Cervantes calling for backup. I hoped it was for ambulance or medical staff to help.

When more deputies arrived Chervantes said, "Watch this" and did another style of attack on my left arm to impress the female deputies. Cervantes made childish sound effects like its some sort of game to him while inflicting pain.

Soon after a completely diff deputy slammed my head against the concrete so hard I was fading in and out of consciousness again. My body started shaking uncontrolable. They must of known I have major seizures listed at JeffCo Detention Facility.

PAGE 4 OF 6

I DIDN'T KNOW HOW LONG I HAD BEEN UNCONSCIOUS BUT AS SOON AS I REMBERED WHAT'S BEEN HAPPENING I SAID, "I HAVE CIVIL RIGHTS" AND GOT OUT THE WORDS "POLICE BRUTALITY."

I FAINTLY HEARD MY FRIEND BOBBY HENARD YELLING OUT TO THE DEPUTIES TO STOP. HE WITNESSED EVERYTHING AND HAS WRITTEN A LETTER EXPLAINING WHAT STAFF WAS DOING TO ME. AS I MENTIONED ON THE SUMMARY PAGE 1 OF 1 BOBBY HAD BEEN VICIOUSLY ATTACKED BY CERVANTES.

→ NOBODY FROM THE SHERIFF'S TEAM WEAR BODY CAMS. ALL EVENTS PAST AND PRESENT TAKE PLACE OUT OF SIGHT FROM WALL AND CEILING SURVEILLANCE VIDEO RECORDING DEVICES THROUGHOUT THE FACILITY. JUST THE LITTLE BIT OF RESEARCH I DID HERE AT JEFFCO AND AVAILABLE TOOLS TO ME THERE ARE A LOT OF CASES NEVER REPORTED BECASE OF FEAR OF MORE RETALIATION. THIS 100% PRE-MEDITATED CRIMES BY JEFFCO'S STAFF.

I HAD ABSOLUTELY NO IDEA HOW MUCH TIME HAD ACTUALLY PASSED BETWEEN CONSCIOUSNESS AND UNCONSCIOUSNESS. WHILE MY BODY SHOOK I SLOWLY SAID, "THERE'S NO NEED FOR ANY OF THIS, I'VE NEVER CAUSED ANY PROBLEMS HERE, PLEASE STOP." ZERO RESPONSE.

I WAS THEN HOG TIED. PLACED ON A GURNEY. WHEELED TO ADSEG GD #21. A LONG TIME I STAYED ON THE GURNEY. STAFF MEMBERS STATED SNIDE REMARKS STATING "ONLY DANGEROUS PEOPLE GO HERE." LAUGHING THAT THIS IS SOME SORT OF JOKE TO THEM.

CERVANTES SAID LOUDLY TO EVERYONE IN GD, "ROMERO TRIED TO PUNCH ME AND LOOK WHAT HAPPENS." CERVANTES LAUGHED. I WAS DEVISTATED AND APPALLED SO DEEPLY ALREADY WITH MY DISMAY AND HORROR OF ALL THE UNNECESSARY VIOLENT ATTACKS. I JUST STAYED CALM AND IGNORED CERVANTES. HE WAS OBVIOUSLY DOING ANYTHING TO GET NEGITIVE RESPONCES FROM ME IN FRONT OF THE UNIT CROWD. IT WAS ALSO OBVIOUS CERVANTES GETS A KICK OUT OF TOUCHERING AND MOCKING OTHERS...

After Cervantes left the unit everyone in Unit 2 asked if I was ok. The positive support I recieved was very comforting. To my surprise, a good handful of people stated they have had issues with Cervantes. They are too scared to tell facility upper management because of retaliation (Cervantes promised).

In my new location I did not have any toilet paper. I pressed the "call button" to ask 6D tower where deputies reside. I would press the button about every 10 mins. I could see deputies in the tower including Cervantes. Deputies are supposed to walk units every 30 mins. Watching the wall clock Cervantes did a walk 2½ hours later. I politely asked for toilet paper but Cervantes ignored my request but asked "why are you yelling at me?" I was shocked since I only spoke at normal talking level."

Cervantes changed the subject and said, "Let me go get the rest of your items." I replied "Thank you." I immediately sensed he could be being nice to catch me off guard and physically and/or mentally abuse me again. Another panic attack started.

Cervantes made two trips retrieving my items. He was very cordial. I did a quick inventory and informed Cervantes I'm missing all my legal paperwork in large manila envelopes, 4 new unopened shampoo's and 3 new unopened hand lotions just purchased. Showed Cervantes the Aramark invoice revealing shampoo's and hand lotions just delivered. Cervantes became very aggitated like an on/off light switch. In a very threatening, loud voice he screamed, "Thats everything." After I said, "Please check again" he slammed the door in my face. Then Cervantes said, "I've informed all staff to ignore you." Then he stormed off.

Page 6 of 6

For the rest of the day I was ignored by all staff. When another deputy walked the unit I explained. Cervantes said I could speak with Cliffton once I was moved so he could untangle this mess. The deputy ignored my request.

Since I terribly needed toilet paper I had to use an artical of clothing. I had to go into survival mode. I cleaned the clothing thereafter. It was disgusting that I had to stoop down and lower my standards.

Another deputy came to my door and stated, "Because of what you did today, you'll sit there and rot until tomorrow." The deputy refused to give me his name.

The following day, 10·29·21, I was out in the day room when 2 deputies came over with all my missing legal paperwork. I was told to never tell Cervantes that they had retrieved my paperwork from the trash. I thanked the deputies profusely.

Under 28 U.S.C. 1746 18 U.S.C. 1621 that everything in this report is true. This is a sworn statement of veracity/affidavit.

                              Sincerely,

                              Richard Romero

D.  **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Please Refer to Attached "Summary" 1 page Document and Attached "Detailed Timeline" 6 page Document

Supporting facts:

Please see attached documents noted above.

- "Summary" 1 page document attached is ITEM A.

- "Detailed Timeline" 6 page document attached is ITEM B.

4

E.  PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _√_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): ___N/A___

Docket number and court: ___N/A___

Claims raised: ___N/A___

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) ___N/A___

Reasons for dismissal, if dismissed: ___N/A___

Result on appeal, if appealed: ___N/A___

F.  ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_√_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

_√_ Yes ___ No (*check one*)

5

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* 50,000 for PAIN AND SUFFERING AND "USE of excessive force" As well as violating CRS 18-1-707 "use of force by Peace officers" AND CRS 24-31-901 "contacts" AND 18.13-802 "Duty To Report" AND CRS 18-8-405 AND CRS 18-8-404 "First AND Second Degree Misconducts" AS well as Discrimination. 1) Make Body cameras manditory for All Law enforcement STAFF AT Jeffco Co Detetion Facility To Prevent AND STop Unnecessary violance by LAw enforcement. To Also Resolve AND Prevent Known AND UnKnown corruption within the facility. 2) Educating AND Training Law Enforcement with Better Tools To Prevent violance As there Primary Actions.

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*[signature]*
(Plaintiff's signature)

5-17-22
(Date)

(Form Revised December 2017)